UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |  |
| v. | ) ) | Criminal No. 12-0195 (ESH) |
| UCHE BEN ODUNZEH, | ) ) |  |
| Defendant. | ) ) |  |

## ORDER

Before the Court is defendant Uche Ben Odunzeh's Motion for Return of Passport [ECF No. 23]. The Office of the United States Attorney and the United States Probation Office have represented to the Court that they take no position on the motion. Accordingly, it is hereby

**ORDERED** that the U.S. Pretrial Services Agency shall return Mr. Odunzeh's passport to him, through his mother.

**SO ORDERED**.

/s/  *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:  October 15, 2014